UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY D SWIERSKI,

                Petitioner,

      v.

CRAIG KOENIG, Warden,

                Respondent.

Case No. 16-cv-03199-HSG (PR)

**ORDER DENYING PETITIONER'S MOTION FOR EXTENSION OF TIME**

Re: Dkt. No. 26

United States District Court
Northern District of California

      Petitioner's motion for an extension of time to file a "motion in opposition" to respondent's motion to dismiss is DENIED as unnecessary. The Court is already in receipt of petitioner's opposition to respondent's motion to dismiss.

      This order terminates Dkt. No. 26.

      **IT IS SO ORDERED.**

Dated: 10/29/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge