UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. SWIERSKI,<br><br>    Petitioner,<br><br>v.<br><br>CRAIG KOENIG, Warden,<br><br>    Respondent. | Case No. 16-cv-03199-HSG (PR)<br><br>**ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>Re: Dkt. No. 29 |

GOOD CAUSE APPEARING, Respondent's application for an extension of time to file a reply to Petitioner's opposition to Respondent's motion to dismiss is GRANTED. Respondent shall file his reply by **November 13, 2018**.

This order terminates Docket No. 29.

**IT IS SO ORDERED.**

Dated: 11/7/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge