# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D SWIERSKI,<br><br>      Petitioner,<br><br>  v.<br><br>CRAIG KOENIG, Warden,<br><br>      Respondent. | Case No. 16-cv-03199-HSG (PR)<br><br>**ORDER GRANTING PETITIONER'S MOTIONS FOR EXTENSION OF TIME**<br><br>Re: Dkt. Nos. 32, 33 |

      Petitioner has filed two motions requesting an extension of time in which to file a "surrebuttal" responding to respondent's reply in support of respondent's motion to dismiss certain claims as procedurally defaulted. Here, respondent's reply brief includes new evidence going to petitioner's argument that he is entitled to the equitable exception to procedural default provided in *Martinez v. Ryan*, 566 U.S. 1, 17 (2012). Because the Court may wish to consider the new evidence, petitioner is granted leave to file a sur-reply pursuant to Civil Local Rule 7-3(d) and petitioner's request for an extension of time is GRANTED. Petitioner shall file his sur-reply on ore before **January 10, 2019**. Respondent's response, if any, shall be filed on or before **January 24, 2019**.

      This order terminates Dkt. Nos. 32 and 33.

      **IT IS SO ORDERED.**

Dated: 12/19/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge