UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D SWIERSKI,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CRAIG KOENIG,<br><br>　　　　Respondent. | Case No. 16-cv-03199-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**<br><br>Re: Dkt. No. 43 |

Good cause being shown, respondent's request for an extension of time to file an answer to the Court's order to show cause is GRANTED. Dkt. No. 43. By November 18, 2019, respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on respondent within thirty (30) days of the date the answer is filed.

This order terminates Dkt. No. 43.

**IT IS SO ORDERED.**

Dated: 11/5/2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge