UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY D SWIERSKI,

        Petitioner,

    v.

CRAIG KOENIG,

        Respondent.

Case No. 16-cv-03199-HSG

**ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE**

Re: Dkt. No. 50

Good cause being shown, petitioner's request for an extension of time to file his traverse is GRANTED. Dkt. No. 50. Petitioner shall file his traverse by January 16, 2020.

This order terminates Dkt. No. 50.

**IT IS SO ORDERED.**

Dated: 12/4/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge