UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. SWIERSKI,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CRAIG KOENIG, Warden,<br><br>　　　　Respondent. | Case No. 16-cv-03199-HSG (PR)<br><br>**JUDGMENT** |

　　　The instant second amended petition has been denied on the merits.

　　　Judgment is entered in favor of Respondent.  Petitioner shall take nothing by way of his petition.  The Clerk of the Court shall close the file.

　　　IT IS SO ORDERED.

Dated: 11/10/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge