UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D SWIERSKI,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CRAIG KOENIG,<br><br>　　　　　Respondent. | Case No. 16-cv-03199-HSG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART EXTENSION OF TIME TO FILE CERTIFICATE OF APPEALABILITY**<br><br>Re: Dkt. No. 58 |

　　　　Petitioner, a *pro se* prisoner, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 11, 2020, the Court denied the petition for a writ of habeas corpus, denied a certificate of appealability, and entered judgment in favor of Respondent. Dkt. Nos. 56, 57. On November 23, 2020,[1] Petitioner requested that the Court grant him an extension of time to February 8, 2021, to file his request for a certificate of appealability. In support of his request, he states that the Court's order denying the petition for a writ of habeas corpus and a certificate of appealability and the related judgment were mailed by the Court on November 18, 2020, and not received by him until November 20, 2020; that there is very limited access to the law library because of the holidays and COVID-related restrictions; and that he anticipates further restrictions on access to the law library due to a significant COVID outbreak at his prison in mid-November. Dkt. No. 58 at 2.

　　　　Petitioner has shown good cause for the extension of time and has requested the extension

---

[1] Pursuant to the prisoner mailbox rule, because Petitioner is a prisoner proceeding *pro se*, Petitioner's pleadings are deemed filed as of the date submitted to prison authorities for mailing to the court. *See Stillman v. LaMarque*, 319 F.3d 1199, 1201 (9th Cir. 2003) (holding that federal or state habeas petition deemed filed on date submitted to prison authorities for forwarding to court, rather than on date received by court). According to the proof of service, Petitioner's request was submitted for mailing on November 23, 2020. Dkt. No. 58 at 2.

of time prior to the expiration of the 30 days prescribed by Fed. R. App. P. 4(a)(1)(A). Fed. R. App. P. 4(a)(5)(A)(i). The Court therefore GRANTS Petitioner an extension of time to January 11, 2021, to file his notice of appeal and request for a certificate of appealability pursuant to Fed. R. App. P. 4(a)(5)(A)(i). The federal rules of appellate procedure prohibit the Court from granting any further extensions of time. *See* Fed. R. App. P. 4(a)(5)(C) (limiting extensions of time under Rule 4(a)(5) to 30 days after the prescribed time).

This order terminates Dkt. No. 58.

**IT IS SO ORDERED.**

Dated: December 3, 2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge